**Kimberly A. CLARK, Appellant,**

v.

**Arthur R. ROVETO, Respondent.**

**No. WD 71611.**

Missouri Court of Appeals, Western District.

March 29, 2011.

Michael L. Belancio, Kansas City, MO, for appellant.

Mary A. Drape, Kansas City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, GARY D. WITT, Judge, and HADLEY E. GRIMM, Special Judge.[1]

### ORDER

PER CURIAM.

Kimberly Clark appeals the modification judgment that decreased the child support and maintenance payments from her ex-husband, Arthur Roveto. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the modification judgment.

AFFIRMED. Rule 84.16(b).

---

1. Hadley E. Grimm was appointed as Special Judge to this court when this appeal was submitted, but has since retired.